IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | No. C 10-5805 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY HEDGEPATH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED:   5/12/11

LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.10\Rasheed805jud.wpd